# United States District Court
### For the
### Northern District of Illinois

**FILED**
**JAN - 3 2012**
Judge Charles P. Kocoras
United States District Court

U.S.A. vs Swiderski, William                    Docket No.: 0752 1:92 CR 00908-1

## Petition on Probation and Supervised Release

COMES NOW <u>Ronald Byrne</u>, PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of <u>William Swiderski</u> who was placed on supervision by the <u>Honorable Charles Kocoras</u> sitting in the court at <u>219 South Dearborn Street, Chicago, IL 60604</u>, on <u>05/12/1993</u> who fixed the period of supervision at <u>60 months</u> and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. Special Assessment: $50.00
2. Restitution: $7239.
3. 

**RESPECTFULLY PRESENTING PETITION TO SET A COURT HEARING FOR CAUSE AS DETAILED ON THE ATTACHED SPECIAL REPORT.**

Respectfully,

Ronald Byrne
U.S. Probation Officer

Place:  55 East Monroe Street
        Suite 1500
        Chicago Illinois 60603-5702

Phone:  312-435-5745

Date:   12/23/2011

cc: Judge Charles Kocoras's Courtroom Deputy