

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 92 CR 908 - 1 | **DATE** | 1/3/2012 |
| **CASE TITLE** | US vs. William Swiderski (#1) | | |

**DOCKET ENTRY TEXT**

As to defendant William Swiderski (1): Probation Department's petition on probation and supervised release is granted. Order bench warrant to issue immediately as to defendant William Swiderski for alleged violations of supervision. The Court enters a rule to show cause why defendant's supervised release should not be revoked. Said rule to show cause is returnable and set for 1/17/2012 at 9:30 a.m.

Docketing to mail notices.



| | Courtroom Deputy Initials: | SCT |
|---|---|---|